**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAM L. SHOULDERS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:14cv1753 |
| ) | **Electronic Filing** |
| **J.A. ECKARD,** Respondent, **THE** ) | Judge David Stewart Cercone/ |
| **THE ATTORNEY GENERAL OF THE** ) | Chief Magistrate Judge Maureen P. Kelly |
| **STATE OF PENNSYLVANIA,** ) | |

<u>**MEMORANDUM ORDER**</u>

March 29, 2016

The above-captioned pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus

(the "Petition") was received by the Clerk of Court and was referred to Chief Magistrate Judge

Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28

U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

The Respondents filed a Motion to Dismiss, asserting that the Petition is time barred.

ECF No. 14.  Chief Magistrate Judge Kelly, in the Report and Recommendation, ECF No. 19,

filed on February 29, 2016, recommended that the Petition be dismissed as time barred and that

Respondents' Motion to Dismiss be granted.  Petitioner filed Objections.  ECF No. 20.

Nothing in those Objections merits rejection of the Report, nor extended discussion.

Petitioner does not argue that the Petition is not time barred.  Nor does he argue that the evidence

concerning gunshot residue is "new" but only that the defense was not provided with the

evidence of the gun shot residue at the time of trial.  ECF No. 20 at 2 – 4.  We note that to the

extent Petitioner argues a *Brady* violation by the prosecution's alleged withholding of this

evidence, there simply was no such evidence of gunshot residue created.  The Commonwealth

did not possess such evidence because no gunshot residue testing was done.  ECF No. 14-10 at

26 -27.  Indeed, Petitioner's own trial counsel argued that the lack of such testing was a fatal

flaw in the Commonwealth's case in chief. Trial Transcript at 691 -692. If the Commonwealth

does not possess evidence, it cannot violate its obligations under *Brady* by failing to produce

such non-existent evidence. *Saunders-El v. Rohde*, 778 F.3d 556, 562 (7th Cir. 2015), *reh'g*

*denied* (Feb. 26, 2015) ("*Brady* does not require the creation of exculpatory evidence"); *Goins v.*

*Lewis*, 106 F.3d 407 (9th Cir. 1997) ("*Brady*, however, does not require the prosecution to create

exculpatory evidence for the defendant.")..

To the extent that Petitioner is arguing that the Commonwealth withheld the clothing of

the victim from being tested by a defense expert, the Report correctly concluded, as found by the

State Courts, that Petitioner's trial counsel deliberately chose to not have the clothing tested for

gunshot residue so that trial counsel could argue the lack of testing redounded to the detriment of

the Commonwealth which had the burden of proof and that the Commonwealth's failure to have

the clothing tested permitted the jury to find reasonable doubt. *See* Report and

Recommendation, ECF No. 19 at 10 n.3.

As for the claim that the opposite trajectory bullet could not have been fired by Petitioner,

ECF No. 4 at 8, the evidence of record is to the contrary as Dr. Shaun Ladham, a forensic expert

for the Commonwealth explained how Petitioner could indeed have shot that bullet. Trial

Transcript, at 414 – 417.

Any Objection not specifically addressed herein was considered but found to not merit

any discussion because the Objection did not alter the outcome of the case.

Accordingly, after de novo review of the pleadings and the documents in the case,

together with the Report and Recommendation and the Objections thereto, the following order is

entered:

AND NOW, this 29th day of March 2016,

IT IS HEREBY ORDERED that the Objections are overruled and that the Motion to Dismiss is **GRANTED** and the Petition is dismissed as time barred.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. 19, filed on February 29, 2016, by Chief Magistrate Judge Kelly, is adopted as the opinion of the Court.

A Certificate of Appealability is denied.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc: The Honorable Maureen P. Kelly
Chief United States Magistrate Judge

William L. Shoulders
ET-2078
1100 Piker Street
Huntingdon, PA 16654-1112

(*Via First Class Mail*)

Keaton Carr, Esquire
Kelly D. Tomasic, Esquire

(*Via CM/ECF Electronic Mail*)